IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES EDWARD ASHFORD                                                          PETITIONER

v.                              Case No. 4:22-cv-001088-KGB

LAFAYETTE WOODS                                                                RESPONDENT

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). Petitioner Charles Edward Ashford made two filings after the Recommended Disposition that the Court construes as objections to the Recommended Disposition (Dkt. Nos. 11; 12). Also pending is Mr. Ashford's motion to dismiss (Dkt. No. 13). After careful consideration of the Recommended Disposition, the objections, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 10).

The Court writes separately to address Mr. Ashford's objections (Dkt. Nos. 11; 12). The Recommended Disposition recommends that Mr. Ashford's petition for writ of *habeas corpus* be denied because he has not exhausted his state court remedies and because the Court must be "conscious of the need to prevent perversion of the habeas corpus jurisdiction into a pretrial-motion forum for prisoners." *Wingo v. Ciccone*, 507 F.2d 354, 357 (8th Cir. 1974) (cleaned up). Upon a *de novo* review of the record, the Court finds that Mr. Ashford's objections break no new ground and fail to rebut the Recommended Disposition. Thus, the Court agrees with the Recommended Disposition and adopts it as the Court's findings in its entirety (Dkt. No. 10).

The Court dismisses without prejudice Mr. Ashford's petition for a writ of *habeas corpus* (Dkt. No. 2). The Court denies as moot Mr. Ashford's motion to dismiss (Dkt. No. 13). The Court

declines to issue a certificate of appealability.  Mr. Ashford may still apply to the Eighth Circuit for a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this the 13th day of September, 2024.

                                             _____
                                             Kristine G. Baker
                                             Chief United States District Judge