# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHARLES EDWARD ASHFORD**                          **PETITIONER**

v.                  Case No. 4:22-cv-001088-KGB

**LAFAYETTE WOODS**                                  **RESPONDENT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that petitioner Charles Edward Ashford's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court declines to issue a certificate of appealability.

It is so adjudged this 13th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge